[No. 2874–3.   Division Three.   November 1, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS
JOHN STALDER, *Appellant.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 7036, Sidney R. Buckley, J., entered
April 3, 1978. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Munson and Roe, JJ.

[No. 2966–3.   Division Three.   November 1, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
NOEL, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 5273, Lawrence Leahy, J., entered June
12, 1978. *Affirmed* by unpublished opinion per Roe, J., con-
curred in by Munson and McInturff, JJ.

[No. 2764–3.   Division Three.   November 6, 1979.]

THE CITY OF RICHLAND, *Respondent,* v. CRAIG
R. SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 4588, Blaine Hopp, Jr., J., entered
February 2, 1978. *Affirmed* by unpublished opinion per
Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 3053–3.   Division Three.   November 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
HARVEY MICHEL, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 70276, Yancey Reser, J., entered August
4, 1978. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Green, C.J., and Roe, J.